UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Erik Johnson,<br>   Plaintiff,<br><br>-v-<br><br>Robert Holmes Bell, Robert Allan Edgar, Gordon J. Quist, Jeffrey G. Barstow, and Mary B. Barglind,<br>   Defendants. | No. 2:15-cv-0048<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendants' motions to dismiss, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**
**IT IS SO ORDERED.**

Date:  January 15, 2016        /s/ Paul L. Maloney
                      Paul L. Maloney
                      United States District Judge